FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 31 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SARAH BROWN,

           Plaintiff,

-against-

SECURITAS SECURITY SERVICES USA, INC., NAI LONG ISLAND, BOARD OF MANAGERS OF PORTICO AT GREAT NECK CONDOMINIUM, and ELVIN MURRILLO, *Individually*,

           Defendants.
----------------------------------------------------------X

Case No.: 14-cv-01521 (JBW) (VMS)

JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the respective parties hereto, that whereas no party is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that all the claims and cross-claims presented, and any other claims, cross-claims and counterclaims that could have been presented related to the facts and circumstances of the above-captioned matter, are hereby dismissed with prejudice and on the merits, each party to bear his/her/its own costs and fees, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and it is further

STIPULATED AND AGREED, that this Stipulation may be executed in counterparts and a fully executed facsimile or e-mail copy of this Stipulation shall be deemed to have the same force and effect as an original.

Dated: March __, 2015

Phillips & Associates, PLLC

By: _____
Alex Umansky, Esq.
*Attorney for Plaintiff*
45 Broadway, Suite 620
New York, New York 10006
(212) 248-7431

Schneider Mitola LLP

By: _____
Ryan D. Mitola, Esq.
Attorneys for Defendants
*NAI Long Island and the Board of Managers of Portico at Great Neck Condominium*
666 Old Country Road, Suite 412
Garden City, New York 11530



(516) 393-5555

Kluger Healey LLC

By: _____
William Henry Healey, Esq.
Attorneys for Defendant
*Securitas Security Services USA, Inc.*
219 Broad Street
Red Bank, New Jersey 07701
(732) 852-7500

Gordon & Rees, LLP

By: _____
Brian C. Noonan, Esq.   Adam E. Collyer, Esq.
Attorneys for Defendant
*Elvin Murillo, Individually*
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 269-5500

close the case

SO ORDERED: _____
U.S.D.J.

Dated: February __, 2015   3/26/15
Brooklyn, New York